HENRY RUHL, Judgment Creditor, Appellant, v. WILLIAM H. HELLER, Judgment Debtor. J. RABINOVICH, INC., Employer, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

UNITED ISRAEL MATZO BAKERY, INC., Respondent, v. PHILIP HALPERSON, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LAWRENCE A. EPTER and G. B. KAHN, Copartners, etc., Respondents, v. WALTER JACOBS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

AMALGAMATED ICE MANUFACTURING Co., INC., Respondent, v. LEONARD SICILIAN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of BRISK WATERPROOFING Co., INC., Appellant, to Vacate a Subpœna Duces Tecum Issued by the Department of Labor, Dated April 14, 1939, in the Matter of State Insurance Fund Investigation, Pursuant to Articles 6 and 7 of the Workmen's Compensation Law. DEPARTMENT OF LABOR, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

OLIVE J. PETTERSEN, Appellant, v. STANLEY K. YOUNG, Respondent.— Order, so far as appealed from, unanimously modified by denying items B-3-f and D-3-c and granting B-3-c and B-3-e to the following extent: B-3-c. "The number of actions actually commenced on behalf of the defendant, stating the name of such action and the forum or court in which commenced." B-3-e. "The number of matters handled on behalf of the defendant which were not in the form of an action at law, setting forth in detail the steps taken to protect the defendant's rights in each such matter;" and item E-1 to the following extent: " State the time or times when and the places where the payment of $2500 was made and by whom; * * *; state whether by cash or check and specify the amount of each payment," and, as so modified, affirmed, without costs. Bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.